Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: TZINIS, JAMES C | § | Case No. 16-24247 |
|       TZINIS, ALEXANDRA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 28, 2016.  The undersigned trustee was appointed on July 28, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $        10,800.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 56.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 10,743.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 06/13/2017 and the deadline for filing governmental claims was 01/24/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,830.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,830.00, for a total compensation of $1,830.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $10.64, for total expenses of $10.64.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/02/2017     By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 10/02/17

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Cash<br>Orig. Asset Memo: Orig. Description: Cash; Imported from Amended Doc#: 45; Exemption: Cash on Hand (Approx.)  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 2   Deposits of money: Bank of America Checking Acco<br>Orig. Asset Memo: Orig. Description: Deposits of money: Bank of America Checking Account (Account Ending in #9736); Imported from Amended Doc#: 45; Exemption: Bank of America Checking Account (Account Ending in #9736)  -  Amount: 640.52 | 640.52 | 0.00 | | 0.00 | FA |
| 3   Deposits of money: Bank of America Savings Accou<br>Orig. Asset Memo: Orig. Description: Deposits of money: Bank of America Savings Account (Account Ending in #6212); Imported from Amended Doc#: 45; Exemption: Bank of America Savings Account (Account Ending in #6212)  -  Amount: 322.17 | 322.17 | 0.00 | | 0.00 | FA |
| 4   Deposits of money: PayPal Account<br>Orig. Asset Memo: Orig. Description: Deposits of money: PayPal Account; Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 5   Furniture and Household Goods (approx.)<br>Orig. Asset Memo: Orig. Description: Furniture and Household Goods (approx.); Imported from Amended Doc#: 45 | 2,500.00 | 0.00 | | 0.00 | FA |
| 6   Three televisions; two Ipads; two cell phones, d<br>Orig. Asset Memo: Orig. Description: Three televisions; two Ipads; two cell phones, digital camcorder; camera; laptop (approx.); Imported from Amended Doc#: 45 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7   Miscellaneous Wearing Apparel (wife)<br>Orig. Asset Memo: Orig. Description: Miscellaneous Wearing Apparel (wife); Imported from Amended Doc#: 45; Exemption: Miscellaneous Wearing Apparel (wife)  -  Amount: 3000.00 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8   Miscellaneous Wearing Apparel (husband) | 2,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
               TZINIS, ALEXANDRA  
**Period Ending:** 10/02/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Miscellaneous Wearing Apparel (husband); Imported from Amended Doc#: 45; Exemption: Miscellaneous Wearing Apparel (husband) - Amount: 2000.00 | | | | |
| 9 | One Rolex watch, gold and silver bracelets, neck<br>  Duplicate of assets from amended schedules (Dkt 45);no value to estate<br>Orig. Asset Memo: Orig. Description: One Rolex watch, gold and silver bracelets, necklace, wedding ring (approx.); Imported from original petition Doc# 14 | 12,000.00 | 0.00 | | 0.00 | FA |
| 10 | Two Rolex Watches and Wedding Ring (approx.)<br>  Duplicate of assets from amended schedules (Dkt 45);no value top estate .<br>Orig. Asset Memo: Orig. Description: Two Rolex Watches and Wedding Ring (approx.); Imported from Amended Doc#: 43 | 8,000.00 | 0.00 | | 0.00 | FA |
| 11 | VOID<br>  Duplicate of assts from amended schedules (Dkt 45);no value to estate<br>Orig. Asset Memo: Orig. Description: One Rolex watch, gold and silver bracelets and necklace (approx.); Imported from Amended Doc#: 43 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID<br>  Duplicate of assets from amended schedules (Dkt 45);no value to estate<br>Orig. Asset Memo: Orig. Description: Husband's Wedding Ring (approximately); Imported from Amended Doc#: 43 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Gold and silver bracelets and necklaces (approx.<br>  Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Gold and silver bracelets and necklaces (approx.); Imported from Amended Doc#: 45 | 4,875.00 | 1,300.00 | | 1,300.00 | FA |
| 14 | Husband's Wedding Ring (approximately)  (u)<br>  Orig. Asset Memo: Orig. Description: Husband's Wedding Ring (approximately); Imported from | 575.00 | 100.00 | | 100.00 | FA |

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 10/02/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Amended Doc#: 45; Exemption: Husband's Wedding Ring (approximately) - Amount: 575.00 |  |  |  |  |  |
| 15 | Wife's Wedding Ring (approximately)<br>    Awaiting payment per compromise order entered 3/28/2017 (Dkt 47).<br>Orig. Asset Memo: Orig. Description: Wife's Wedding Ring (approximately); Imported from Amended Doc#: 45; Exemption: Wedding Ring (wife) - Amount: 4000.00 | 6,895.00 | 0.00 |  | 2,500.00 | FA |
| 16 | Wife's White Gold and Diamond Ring (approximatel (u)<br>    Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Wife's White Gold and Diamond Ring (approximately); Imported from Amended Doc#: 45; | 395.00 | 100.00 |  | 100.00 | FA |
| 17 | Ladies Rolex Stainless Steel Watch (approximatel (u)<br>    Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Ladies Rolex Stainless Steel Watch (approximately); Imported from Amended Doc#: 45 | 2,995.00 | 1.00 |  | 1,500.00 | FA |
| 18 | Men's Rolex Submariner Watch (approximately)  (u)<br>    Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Men's Rolex Submariner Watch (approximately); Imported from Amended Doc#: 45 | 5,695.00 | 1.00 |  | 3,700.00 | FA |
| 19 | Men's Rolex Oyster Perpetual Watch (approximatel (u)<br>    Trustee seeking appraisal.<br>Orig. Asset Memo: Orig. Description: Men's Rolex Oyster Perpetual Watch (approximately); Imported from Amended Doc#: 45 | 3,595.00 | 1.00 |  | 1,600.00 | FA |
| 20 | Childrens' bicycles and miscellaneous tools (app<br>    Orig. Asset Memo: Orig. Description: Childrens' bicycles and miscellaneous tools (approx); Imported from Amended Doc#: 45 | 100.00 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 10/02/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 30/45 Caliber Glock-Police Officer-Tool of Trade<br>Orig. Asset Memo: Orig. Description: 30/45 Caliber Glock-Police Officer-Tool of Trade; Imported from Amended Doc#: 45; Exemption: 30/45 Caliber Glock-Police Officer-Tool of Trade - Amount: 450.00 | 450.00 | 0.00 | | 0.00 | FA |
| 22 | Int. in Ins. policies: Banner Life Insurance (Ac<br>Orig. Asset Memo: Orig. Description: Int. in Ins. policies: Banner Life Insurance (Account No. 180266996) (beneficiary: James Tzinis); Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Int. in Ins. policies: Lincoln Benefit Life Insu<br>Orig. Asset Memo: Orig. Description: Int. in Ins. policies: Lincoln Benefit Life Insurance (Account No. 01T2185467) (beneficiary: Alexandra Tzinis); Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Int. in Ins. policies: Lincoln Benefit Life Insu<br>Orig. Asset Memo: Orig. Description: Int. in Ins. policies: Lincoln Benefit Life Insurance (Account No. 01T2185465) (beneficiary: James Tzinis); Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Ret. or Pension Acct.: Qualified Pension Plan<br>Orig. Asset Memo: Orig. Description: Ret. or Pension Acct.: Qualified Pension Plan; Imported from Amended Doc#: 45; Exemption: Qualified Pension Plan - Amount: 113681.61 | 113,681.61 | 0.00 | | 0.00 | FA |
| 26 | Beneficiary in Tzinis Family Trust<br>Orig. Asset Memo: Orig. Description: Beneficiary in Tzinis Family Trust; Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 2009 Porsche Cayenne ATS, 50,400 miles. Entire p<br>Orig. Asset Memo: Orig. Description: 2009 Porsche Cayenne ATS, 50,400 miles. Entire property value: $28,450.00; Imported from Amended Doc#: 45; Exemption: 2009 Porsche Cayenne ATS 50,400 miles - Amount: 1182.50; Exemption: 2009 Porsche Cayenne ATS 50,400 miles - Amount: 2400.00; Lien: Other (including a right to offset): Purchase Money | 28,450.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 10/02/17

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Security<br>2009 Porsche Cayenne ATS 50,400 miles<br>Value $28,450.00  -  Amount: 25828.00 | | | | | |
| 28 | 2006 Mercedes ML350, 143000 miles. Entire proper<br>Orig. Asset Memo: Orig. Description: 2006 Mercedes ML350, 143000 miles. Entire property value: $4,200.00; Imported from Amended Doc#: 45; Exemption: 2006 Mercedes ML350 143000 miles  -  Amount: 2400.00 | 4,200.00 | 0.00 | | 0.00 | FA |
| 29 | 2001 BMW X5, 160000 miles, This car has a bad en<br>Orig. Asset Memo: Orig. Description: 2001 BMW X5, 160000 miles, This car has a bad engine. Entire property value: $1,500.00; Imported from Amended Doc#: 45 | 1,500.00 | 0.00 | | 0.00 | FA |
| 30 | 457 Plan with Nationwide<br>Originally scheduled | 257.41 | 0.00 | | 0.00 | 0.00 |
| 30 | **Assets**  **Totals** (Excluding unknown values) | **$203,226.71** | **$1,503.00** | | **$10,800.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2017- trustee seeking appraisal of  remaining jewelry to liquidate.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017       **Current Projected Date Of Final Report (TFR):**    December 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Taxpayer ID #:** **-***9762  
**Period Ending:** 10/02/17

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/17 | {15} | James C. Tzinis | Payment for equity in wifes wedding ring per order entered 3/28/2017 Dkt # 47 | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/24/17 | | HM Watches, Inc | Sale of Rolex watches per ct. order dted 5/23/17 dkt # 52 | | 6,800.00 | | 9,300.00 |
| | {17} | | 1,500.00 | 1229-000 | | | 9,300.00 |
| | {18} | | 3,700.00 | 1229-000 | | | 9,300.00 |
| | {19} | | 1,600.00 | 1229-000 | | | 9,300.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,290.00 |
| 06/15/17 | | James C. Tzinis | Sale of equity in jewelry per ct. order dted 5/23/17 dkt # 52 | | 1,500.00 | | 10,790.00 |
| | {14} | | 100.00 | 1229-000 | | | 10,790.00 |
| | {13} | | 1,300.00 | 1129-000 | | | 10,790.00 |
| | {16} | | 100.00 | 1229-000 | | | 10,790.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 10,775.64 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.98 | 10,760.66 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.02 | 10,743.64 |
| | | | ACCOUNT TOTALS | | 10,800.00 | 56.36 | $10,743.64 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,800.00 | 56.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $10,800.00 | $56.36 | |

Net Receipts :       10,800.00  
Net Estate :       $10,800.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4166** | 10,800.00 | 56.36 | 10,743.64 |
| | $10,800.00 | $56.36 | $10,743.64 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2017

**Case Number:** 16-24247  
**Debtor Name:** TZINIS, JAMES C

Page: 1

**Date:** October 2, 2017  
**Time:** 03:06:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $10.64 | $0.00 | 10.64 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,830.00 | $0.00 | 1,830.00 |
| NOTFILED 100 | Bank of America<br>P.O. Box 982236<br>El Paso, TX 79998 | Secured | 0620 | $0.00 | $0.00 | 0.00 |
| 1 610 | Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield, IL 60015 | Unsecured | Withdrawn 2/10/2017 Dkt # 38 | $0.00 | $0.00 | 0.00 |
| 2 610 | Jefferson Capital Systems LLC<br>Purchased From Nordstrom Fsb<br>Po Box 7999,Saint Cloud Mn 56302- | Unsecured | 6819 | $8,081.34 | $0.00 | 8,081.34 |
| 3 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 1005 | $52,657.83 | $0.00 | 52,657.83 |
| 4 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 4160 | $4,897.52 | $0.00 | 4,897.52 |
| 5 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 1009 | $22,943.29 | $0.00 | 22,943.29 |
| NOTFILED 610 | Bank of America<br>Attn: Bankruptcy NC4-104-02-99<br>P.O. Box 26012<br>Greensboro, NC 27410 | Unsecured | 3426 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America<br>Attn: Bankruptcy NC4-104-02-99<br>P.O. Box 26012<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America<br>450 American Street<br>Simi Valley, CA 93065 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Unsecured | 7223 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2017

**Case Number:** 16-24247
**Debtor Name:** TZINIS, JAMES C

Page: 2

**Date:** October 2, 2017
**Time:** 03:06:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Unsecured | 6681 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Bank USA, N.A.<br>201 N. Walnut St.<br>Wilmington, DE 19801 | Unsecured | 4296 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Unsecured | 9350 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank<br>Attn: Citicorp Credit Services<br>P.O. Box 20507<br>Kansas City, MO 64195 | Unsecured | 3475 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citibank SD, N.A.<br>Attn: Centralized Bankruptcy<br>P.O. Box 20363<br>Kansas City, MO 64195 | Unsecured | 5426 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citimortgage<br>c/o Pierce & Associates<br>One N. Dearborn St., Suite 1300<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | First USA, N.A.<br>201 N. Walnut Street<br>Wilmington, DE 19801 | Unsecured | 9040 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Neiman Marcus/ Capital One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Unsecured | 0928 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Quest Diagnostics<br>P.O. Box 740397<br>Cincinnati, OH 45274 | Unsecured | 9295 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Attn: Claims Department<br>P.O. Box 9500<br>Wilkes Barre, PA 18773 | Unsecured | 0418 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 90,420.62 | 0.00 | 90,420.62 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                             Exhibit D

Case No.: 16-24247
Case Name: TZINIS, JAMES C
Trustee Name: Ira Bodenstein

**Balance on hand:**                           $        10,743.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                        $     10,743.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,830.00 | 0.00 | 1,830.00 |
| Trustee, Expenses - Ira Bodenstein | 10.64 | 0.00 | 10.64 |

Total to be paid for chapter 7 administration expenses:   $      1,840.64
Remaining balance:                                         $      8,903.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $      8,903.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $          0.00
Remaining balance:                      $      8,903.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 88,579.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Jefferson Capital Systems LLC | 8,081.34 | 0.00 | 812.25 |
| 3 | American Express Centurion Bank | 52,657.83 | 0.00 | 5,292.53 |
| 4 | Capital One Bank (USA), N.A. | 4,897.52 | 0.00 | 492.24 |
| 5 | American Express Centurion Bank | 22,943.29 | 0.00 | 2,305.98 |

Total to be paid for timely general unsecured claims:  $  8,903.00
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**