# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:  TZINIS, JAMES C         § Case No. 16-24247
        TZINIS, ALEXANDRA       §
                                §
Debtor(s)                       §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $177,944.30 *(without deducting any secured claims)* | Assets Exempt: $130,434.21 |
| Total Distribution to Claimants: $8,903.00 | Claims Discharged Without Payment: $200,430.90 |
| Total Expenses of Administration: $1,897.00 | |

3) Total gross receipts of $ 10,800.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,800.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $25,828.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,897.00 | 1,897.00 | 1,897.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 209,001.93 | 91,671.84 | 88,579.98 | 8,903.00 |
| **TOTAL DISBURSEMENTS** | $234,829.93 | $93,568.84 | $90,476.98 | $10,800.00 |

   4) This case was originally filed under Chapter 7 on July 28, 2016. The case was pending for 17 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2018          By: /s/Ira Bodenstein
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Gold and silver bracelets and necklaces (approx. | 1129-000 | 1,300.00 |
| Husband's Wedding Ring (approximately) | 1229-000 | 100.00 |
| Wife's Wedding Ring (approximately) | 1129-000 | 2,500.00 |
| Wife's White Gold and Diamond Ring (approximatel | 1229-000 | 100.00 |
| Ladies Rolex Stainless Steel Watch (approximatel | 1229-000 | 1,500.00 |
| Men's Rolex Submariner Watch (approximately) | 1229-000 | 3,700.00 |
| Men's Rolex Oyster Perpetual Watch (approximatel | 1229-000 | 1,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,800.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 25,828.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$25,828.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,830.00 | 1,830.00 | 1,830.00 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 10.64 | 10.64 | 10.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.36 | 14.36 | 14.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.98 | 14.98 | 14.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.02 | 17.02 | 17.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,897.00 | $1,897.00 | $1,897.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Student Assistance Commission | 7100-000 | N/A | 3,091.86 | 0.00 | 0.00 |
| 2 | Jefferson Capital Systems LLC | 7100-000 | 8,081.34 | 8,081.34 | 8,081.34 | 812.25 |
| 3 | American Express Centurion Bank | 7100-000 | 52,657.83 | 52,657.83 | 52,657.83 | 5,292.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 4,565.55 | 4,897.52 | 4,897.52 | 492.24 |
| 5 | American Express Centurion Bank | 7100-000 | 22,943.29 | 22,943.29 | 22,943.29 | 2,305.98 |
| NOTFILED | Citibank SD, N.A. | 7100-000 | 27,270.41 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 22,264.51 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 3,021.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First USA, N.A. | 7100-000 | 26,371.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 137.36 | N/A | N/A | 0.00 |
| NOTFILED | Neiman Marcus/ Capital One | 7100-000 | 4,295.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA, N.A. | 7100-000 | 9,794.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 12,439.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 4,284.72 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 4,290.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,763.92 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $209,001.93 | $91,671.84 | $88,579.98 | $8,903.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 01/06/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Cash<br>Orig. Asset Memo: Orig. Description: Cash; Imported from Amended Doc#: 45; Exemption: Cash on Hand (Approx.) - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Deposits of money: Bank of America Checking Acco<br>Orig. Asset Memo: Orig. Description: Deposits of money: Bank of America Checking Account (Account Ending in #9736); Imported from Amended Doc#: 45; Exemption: Bank of America Checking Account (Account Ending in #9736) - Amount: 640.52 | 640.52 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money: Bank of America Savings Accou<br>Orig. Asset Memo: Orig. Description: Deposits of money: Bank of America Savings Account (Account Ending in #6212); Imported from Amended Doc#: 45; Exemption: Bank of America Savings Account (Account Ending in #6212) - Amount: 322.17 | 322.17 | 0.00 | | 0.00 | FA |
| 4 | Deposits of money: PayPal Account<br>Orig. Asset Memo: Orig. Description: Deposits of money: PayPal Account; Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture and Household Goods (approx.)<br>Orig. Asset Memo: Orig. Description: Furniture and Household Goods (approx.); Imported from Amended Doc#: 45 | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Three televisions; two Ipads; two cell phones, d<br>Orig. Asset Memo: Orig. Description: Three televisions; two Ipads; two cell phones, digital camcorder; camera; laptop (approx.); Imported from Amended Doc#: 45 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Wearing Apparel (wife)<br>Orig. Asset Memo: Orig. Description: Miscellaneous Wearing Apparel (wife); Imported from Amended Doc#: 45; Exemption: Miscellaneous Wearing Apparel (wife) - Amount: 3000.00 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous Wearing Apparel (husband) | 2,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 01/06/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Miscellaneous Wearing Apparel (husband); Imported from Amended Doc#: 45; Exemption: Miscellaneous Wearing Apparel (husband)  -  Amount: 2000.00 | | | | |
| 9 | One Rolex watch, gold and silver bracelets, neck<br>    Duplicate of assets from amended schedules (Dkt 45);no value to estate<br>Orig. Asset Memo: Orig. Description: One Rolex watch, gold and silver bracelets, necklace, wedding ring (approx.); Imported from original petition Doc# 14 | 12,000.00 | 0.00 | | 0.00 | FA |
| 10 | Two Rolex Watches and Wedding Ring (approx.)<br>    Duplicate of assets from amended schedules (Dkt 45);no value top estate .<br>Orig. Asset Memo: Orig. Description: Two Rolex Watches and Wedding Ring (approx.); Imported from Amended Doc#: 43 | 8,000.00 | 0.00 | | 0.00 | FA |
| 11 | VOID<br>    Duplicate of assts from amended schedules (Dkt 45);no value to estate<br>Orig. Asset Memo: Orig. Description: One Rolex watch, gold and silver bracelets and necklace (approx.); Imported from Amended Doc#: 43 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | VOID<br>    Duplicate of assets from amended schedules (Dkt 45);no value to estate<br>Orig. Asset Memo: Orig. Description: Husband's Wedding Ring (approximately); Imported from Amended Doc#: 43 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Gold and silver bracelets and necklaces (approx.<br>    Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Gold and silver bracelets and necklaces (approx.); Imported from Amended Doc#: 45 | 4,875.00 | 1,300.00 | | 1,300.00 | FA |
| 14 | Husband's Wedding Ring (approximately)  (u)<br>    Orig. Asset Memo: Orig. Description: Husband's Wedding Ring (approximately); Imported from | 575.00 | 100.00 | | 100.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 01/06/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Amended Doc#: 45; Exemption: Husband's Wedding Ring (approximately) - Amount: 575.00 | | | | |
| 15 | Wife's Wedding Ring (approximately)<br>   Awaiting payment per compromise order entered 3/28/2017 (Dkt 47).<br>Orig. Asset Memo: Orig. Description: Wife's Wedding Ring (approximately); Imported from Amended Doc#: 45; Exemption: Wedding Ring (wife) - Amount: 4000.00 | 6,895.00 | 0.00 | | 2,500.00 | FA |
| 16 | Wife's White Gold and Diamond Ring (approximatel (u)<br>   Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Wife's White Gold and Diamond Ring (approximately); Imported from Amended Doc#: 45; | 395.00 | 100.00 | | 100.00 | FA |
| 17 | Ladies Rolex Stainless Steel Watch (approximatel (u)<br>   Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Ladies Rolex Stainless Steel Watch (approximately); Imported from Amended Doc#: 45 | 2,995.00 | 1.00 | | 1,500.00 | FA |
| 18 | Men's Rolex Submariner Watch (approximately) (u)<br>   Trustee seeking appraisal<br>Orig. Asset Memo: Orig. Description: Men's Rolex Submariner Watch (approximately); Imported from Amended Doc#: 45 | 5,695.00 | 1.00 | | 3,700.00 | FA |
| 19 | Men's Rolex Oyster Perpetual Watch (approximatel (u)<br>   Trustee seeking appraisal.<br>Orig. Asset Memo: Orig. Description: Men's Rolex Oyster Perpetual Watch (approximately); Imported from Amended Doc#: 45 | 3,595.00 | 1.00 | | 1,600.00 | FA |
| 20 | Childrens' bicycles and miscellaneous tools (app<br>   Orig. Asset Memo: Orig. Description: Childrens' bicycles and miscellaneous tools (approx); Imported from Amended Doc#: 45 | 100.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-24247 | **Trustee:** (330129) Ira Bodenstein | |
| **Case Name:** TZINIS, JAMES C | **Filed (f) or Converted (c):** 07/28/16 (f) | |
| TZINIS, ALEXANDRA | **§341(a) Meeting Date:** 08/26/16 | |
| **Period Ending:** 01/06/18 | **Claims Bar Date:** 06/13/17 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 21   30/45 Caliber Glock-Police Officer-Tool of Trade<br>Orig. Asset Memo: Orig. Description: 30/45 Caliber Glock-Police Officer-Tool of Trade; Imported from Amended Doc#: 45; Exemption: 30/45 Caliber Glock-Police Officer-Tool of Trade - Amount: 450.00 | 450.00 | 0.00 | | 0.00 | FA |
| 22   Int. in Ins. policies: Banner Life Insurance (Ac<br>Orig. Asset Memo: Orig. Description: Int. in Ins. policies: Banner Life Insurance (Account No. 180266996) (beneficiary: James Tzinis); Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 23   Int. in Ins. policies: Lincoln Benefit Life Insu<br>Orig. Asset Memo: Orig. Description: Int. in Ins. policies: Lincoln Benefit Life Insurance (Account No. 01T2185467) (beneficiary: Alexandra Tzinis); Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 24   Int. in Ins. policies: Lincoln Benefit Life Insu<br>Orig. Asset Memo: Orig. Description: Int. in Ins. policies: Lincoln Benefit Life Insurance (Account No. 01T2185465) (beneficiary: James Tzinis); Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 25   Ret. or Pension Acct.: Qualified Pension Plan<br>Orig. Asset Memo: Orig. Description: Ret. or Pension Acct.: Qualified Pension Plan; Imported from Amended Doc#: 45; Exemption: Qualified Pension Plan - Amount: 113681.61 | 113,681.61 | 0.00 | | 0.00 | FA |
| 26   Beneficiary in Tzinis Family Trust<br>Orig. Asset Memo: Orig. Description: Beneficiary in Tzinis Family Trust; Imported from Amended Doc#: 45 | 0.00 | 0.00 | | 0.00 | FA |
| 27   2009 Porsche Cayenne ATS, 50,400 miles. Entire p<br>Orig. Asset Memo: Orig. Description: 2009 Porsche Cayenne ATS, 50,400 miles. Entire property value: $28,450.00; Imported from Amended Doc#: 45; Exemption: 2009 Porsche Cayenne ATS 50,400 miles - Amount: 1182.50; Exemption: 2009 Porsche Cayenne ATS 50,400 miles - Amount: 2400.00; Lien: Other (including a right to offset): Purchase Money | 28,450.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Period Ending:** 01/06/18

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 08/26/16  
**Claims Bar Date:** 06/13/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Security<br>2009 Porsche Cayenne ATS 50,400 miles<br>Value $28,450.00 - Amount: 25828.00 |  |  |  |  |  |
| 28 | 2006 Mercedes ML350, 143000 miles. Entire proper<br>Orig. Asset Memo: Orig. Description: 2006 Mercedes ML350, 143000 miles. Entire property value: $4,200.00; Imported from Amended Doc#: 45; Exemption: 2006 Mercedes ML350 143000 miles - Amount: 2400.00 | 4,200.00 | 0.00 |  | 0.00 | FA |
| 29 | 2001 BMW X5, 160000 miles, This car has a bad en<br>Orig. Asset Memo: Orig. Description: 2001 BMW X5, 160000 miles, This car has a bad engine. Entire property value: $1,500.00; Imported from Amended Doc#: 45 | 1,500.00 | 0.00 |  | 0.00 | FA |
| 30 | 457 Plan with Nationwide<br>Originally scheduled | 257.41 | 0.00 |  | 0.00 | 0.00 |
| 30 | **Assets    Totals** (Excluding unknown values) | **$203,226.71** | **$1,503.00** |  | **$10,800.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2017- trustee seeking appraisal of remaining jewelry to liquidate.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2017        **Current Projected Date Of Final Report (TFR):**     October 13, 2017  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 16-24247  
**Case Name:** TZINIS, JAMES C  
TZINIS, ALEXANDRA  
**Taxpayer ID #:** **-***9762  
**Period Ending:** 01/06/18  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/17 | {15} | James C. Tzinis | Payment for equity in wifes wedding ring per order entered 3/28/2017 Dkt # 47 | 1129-000 | 2,500.00 | | 2,500.00 |
| 05/24/17 | | HM Watches, Inc | Sale of Rolex watches per ct. order dted 5/23/17 dkt # 52 | | 6,800.00 | | 9,300.00 |
| | {17} | | 1,500.00 | 1229-000 | | | 9,300.00 |
| | {18} | | 3,700.00 | 1229-000 | | | 9,300.00 |
| | {19} | | 1,600.00 | 1229-000 | | | 9,300.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,290.00 |
| 06/15/17 | | James C. Tzinis | Sale of equity in jewelry per ct. order dted 5/23/17 dkt # 52 | | 1,500.00 | | 10,790.00 |
| | {14} | | 100.00 | 1229-000 | | | 10,790.00 |
| | {13} | | 1,300.00 | 1129-000 | | | 10,790.00 |
| | {16} | | 100.00 | 1229-000 | | | 10,790.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.36 | 10,775.64 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.98 | 10,760.66 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.02 | 10,743.64 |
| 11/09/17 | 101 | Ira Bodenstein | Dividend paid 100.00% on $10.64, Trustee Expenses;  Reference: | 2200-000 | | 10.64 | 10,733.00 |
| 11/09/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,830.00, Trustee Compensation;  Reference: | 2100-000 | | 1,830.00 | 8,903.00 |
| 11/09/17 | 103 | Jefferson Capital Systems LLC | Dividend paid  10.05% on $8,081.34; Claim# 2; Filed: $8,081.34; Reference: 6819 | 7100-000 | | 812.25 | 8,090.75 |
| 11/09/17 | 104 | American Express Centurion Bank | Dividend paid  10.05% on $52,657.83; Claim# 3; Filed: $52,657.83; Reference: 1005 | 7100-000 | | 5,292.53 | 2,798.22 |
| 11/09/17 | 105 | Capital One Bank (USA), N.A. | Dividend paid  10.05% on $4,897.52; Claim# 4; Filed: $4,897.52; Reference: 4160 | 7100-000 | | 492.24 | 2,305.98 |
| 11/09/17 | 106 | American Express Centurion Bank | Dividend paid  10.05% on $22,943.29; Claim# 5; Filed: $22,943.29; Reference: 1009 | 7100-000 | | 2,305.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,800.00 | 10,800.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,800.00 | 10,800.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $10,800.00 | $10,800.00 | |

{} Asset reference(s)

Printed: 01/06/2018 10:35 AM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 16-24247 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | TZINIS, JAMES C | | Bank Name: | Rabobank, N.A. |
| | TZINIS, ALEXANDRA | | Account: | ******4166 - Checking Account |
| Taxpayer ID #: | **-***9762 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/06/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 10,800.00 | | | | |
| | | Net Estate : | $10,800.00 | | | | |

|  | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking # ******4166 | | 10,800.00 | 10,800.00 | 0.00 |
| | | $10,800.00 | $10,800.00 | $0.00 |